*Kelly* and *Hutchisson* for plaintiff.

*John M. Taylor* for defendant in Error.

---

Stibbins *against* Butler.

*December*, 1823.

JUDGE *Crenshaw* delivered the opinion of the Court.

The petition of *Stibbins* sets forth that *Thomas C. Butler*, being in custody by virtue of a *ca. sa.* at his suit, was on Habeas Corpus brought before a Judge at chambers, and discharged by the Judge's order, and prays for a certiorari, commanding the Judge to certify to this Court the proceedings so had before him.

A petition for certiorari to bring up the proceedings on a Habeas Corpus before a Judge at Chambers, (if acted on by the Supreme Court in any event), will not lie, unless the petition be verified.

The petition is not verified by the affidavit of the petitioner, or of any other person; nor are the grounds on which the Judge discharged *Butler* set forth. For these reasons the petition must be dismissed. If the petition had been sufficient in these particulars, I am not prepared to say that this Court could award a certiorari to bring up the proceedings had before a Judge at chambers, but as to this, it is not now necessary to adjudicate. The application must be rejected for the reason stated.

In this opinion the Court are unanimous.